**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| FIRST GUARANTY BANK,<br><br>Plaintiff,<br><br>v.<br><br>GREENBRIER HOTEL CORPORATION,<br><br>Defendant. | Case No.: 5:25-cv-00687 |

**STIPULATION AND REQUEST TO SO-ORDER SUBSTITUTING GREENBRIER HOTEL, LLC AS DEFENDANT AND AMENDING CAPTION**

Plaintiff First Guaranty Bank ("FGB") and the Defendant formerly known as Greenbrier Hotel Corporation ("Defendant"), by and through their respective counsel, and pursuant to Local Rule of Civil Procedure 11.2 and Federal Rule of Civil Procedure 10(a), jointly advise the Court of their collective desire to amend the case caption to reflect Defendant's new legal name. It is hereby **STIPULATED** and **AGREED** as follows:

1. As of the filing of FGB's Amended Complaint (Dkt. 40) and Defendant's Answer and Counterclaim (Dkt. 45), Defendant was a West Virginia corporation whose legal name was Greenbrier Hotel Corporation.

2. Effective July 20, 2026, Defendant changed its legal name to Greenbrier Hotel, LLC, a West Virginia limited liability company.

3. Greenbrier Hotel, LLC will replace Greenbrier Hotel Corporation as the Defendant in this action.

4. The parties reserve all rights concerning Defendant's name change.

5. The caption of this action is, therefore, amended to name Greenbrier Hotel, LLC as the sole Defendant, in place of Greenbrier Hotel Corporation. The amended caption will read:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

FIRST GUARANTY BANK,

Plaintiff,

v.

GREENBRIER HOTEL, LLC,

Defendant.

Case No.: 5:25-cv-00687

The clerk is directed to forward a certified copy of this Order to Counsel of record.

Pursuant to this stipulation, it is so ORDERED this 3rd day of November, 2026.

Frank W. Volk
Chief United States District Judge

**GREENBRIER HOTEL CORPORATION**

*/s/ Ronald H. Hatfield, Jr.* ____________
Ronald H. Hatfield, Jr. (WVSB No. 8552)
General Counsel – Litigation
101 Main Street, West
White Sulphur Springs, WV 24986
Tel: 540-613-5795
Fax: 540-301-5527
ron.hatfield@bluestone-coal.com

**FIRST GUARANTY BANK**

*/s/ Seth P. Hayes* __________________
Seth P. Hayes, Esq. (WVSB #10381)
JACKSON KELLY PLLC
3000 Swiss Pine Way, Suite 200
P.O. Box 619
Morgantown, WV 26501
shayes@jacksonkelly.com

and

M. Shane Harvey (WVSB# 6604)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
P.O. Box 553
Charleston, WV 25301-3202
sharvey@jacksonkelly.com

and

HERRICK FEINSTEIN LLP
Sean E. O'Donnell
Elizabeth Plowman
Nicole Molee
Timothy M. Whitteaker
Two Park Avenue
New York, NY 10016
(212) 592-140
*pro hac vice* applications pending