**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

FIRST GUARANTY BANK,

Plaintiff,

v. CIVIL ACTION NO. 5:25-cv-00687

GREENBRIER HOTEL, LLC,

Defendant.

**JUDGMENT ORDER**

In accordance with the Memorandum Opinion and Order entered this same date granting Plaintiff First Guaranty Bank's Motion for Summary Judgment, the Court **ORDERS** that this case be **DISMISSED** and **STRICKEN** from the docket.

The Court directs the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 18, 2026

Frank W. Volk
Frank W. Volk
Chief United States District Judge