**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| FIRST GUARANTY BANK,<br><br>Plaintiff,<br><br>v.<br><br>GREENBRIER HOTEL, LLC,<br><br>Defendant. | Case No.: 5:25-cv-00687<br>Hon. Frank W. Volk, Chief Judge |

**FIRST GUARANTY BANK'S MOTION TO AMEND THE JUDGMENT ORDER TO REFLECT THE JUDGMENT AMOUNT AND TO SET A BRIEFING SCHEDULE FOR ATTORNEYS' FEES AND COSTS**

Plaintiff First Guaranty Bank ("FGB") hereby moves pursuant to Fed. R. Civ. P. 59(e) or 60(b) to amend the Court's Judgment Order dated November 18, 2026 (ECF 97) (the "Judgment Order") to: (i) reflect the judgment amount, including interest through the date of this motion (November 20, 2026); and (ii) set a briefing schedule for FGB's motion for attorneys' fees and costs. For the reasons set forth in FGB's supporting memorandum of law, which is being filed contemporaneously and is adopted and incorporated herein by reference, the Judgment Order should be amended to reflect all amounts owed to FGB by Defendant Greenbrier Hotel, LLC and to set a briefing schedule for FGB's motion for attorneys' fees and costs pursuant to Fed. R. Civ. P. 54(d)(2).

Pursuant to L.R. Civ. P. 7.1, the following exhibits and declaration to FGB's supporting memorandum of law are attached and incorporated herein by reference:

Ex. 1 [Proposed] Amended Judgment Order

Ex. 2 Affidavit of Jane Muehlbauer

FGB therefore respectfully requests that the Court:

a) Grant FGB's motion;

b) Issue an order substantially in the form of the Proposed Amended Judgment Order attached as Exhibit 1; and

c) Grant such other relief as it deems proper.

Respectfully submitted,

**FIRST GUARANTY BANK**

By counsel,

*/s/ Seth P. Hayes*

Seth P. Hayes, Esq. (WVSB #10381)
M. Shane Harvey (WVSB# 6604)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
P.O. Box 553
Charleston, WV 25301-3202
shayes@jacksonkelly.com
sharvey@jacksonkelly.com

and

HERRICK FEINSTEIN LLP
Sean E. O'Donnell
Elizabeth Plowman
Timothy M. Whitteaker
Hiren Patel
Two Park Avenue
New York, NY 10016
(212) 592-1400
*pro hac vice* applications pending

and

SCHLOSSBERG MASTRO
Roger Schlossberg (WVSB # 7367)
Frank J. Mastro, admitted *pro hac vice*
P.O. Box 2067
Hagerstown, MD 21742
rschlossberg@schlosslaw.com

fmastro@schlosslaw.com
(301) 739-8610

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of November 2026, I served a copy of First Guaranty Bank's Motion to Amend the Judgment Order to Reflect the Judgment Amount and to Set a Briefing Schedule for Attorneys' Fees and Costs, all exhibits and declarations thereto, and the supporting memorandum of law upon all counsel of record electronically via CM/ECF.

*/s/ Seth P. Hayes*

Seth P. Hayes, Esq. (WVSB #10381)