# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| FIRST GUARANTY BANK,<br><br>Plaintiff,<br><br>v.<br><br>GREENBRIER HOTEL, LLC,<br><br>Defendant. | Case No.: 5:25-cv-00687<br>Hon. Frank W. Volk, Chief Judge |

**[PROPOSED] AMENDED JUDGMENT ORDER**

On the motion of Plaintiff First Guaranty Bank ("FGB") for an order amending the Court's Judgment Order of November 18, 2026 (ECF 97 (the "Judgment Order")), the Court hereby **ORDERS** that the Judgment Order is **AMENDED** to:

1. Award FGB a judgment against Defendant Greenbrier Hotel, LLC ("Greenbrier") in the amount of $54,298,118.92 as November 20, 2026, comprised of $35,360,403.41 in principal, $18,933,215.51 in accrued interest, and $4,500 in late fees, plus reasonable attorneys' fees and costs and interest continuing to accrue at a default rate of 21.00% *per annum* (i.e., $20,626.901989167 *per diem*) until the date of payment.
2. FGB shall file its motion for attorneys' fees and costs by no later than December 4, 2026;
3. Greenbrier shall file its opposition to FGB's motion, if any, by no later than December 18, 2026; and
4. FGB shall file its reply to Greenbrier's opposition, if any, by no later than December 30, 2026.

The Court directs the Clerk to send a copy of this Order to counsel of record and any unrepresented Party.

ENTER: November __, 2026

Frank W. Volk
Chief United States District Judge