# Exhibit 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| FIRST GUARANTY BANK,<br><br>Plaintiff,<br><br>v.<br><br>GREENBRIER HOTEL, LLC,<br><br>Defendant. | Case No.: 5:25-cv-00687<br>Hon. Frank W. Volk, Chief Judge |

**AFFIDAVIT OF JANE MUEHLBAUER**

I, Jane Muehlbauer, hereby state under oath as follows.

1. I am over the age of 18 and am competent to testify to the matters set forth in this Affidavit.

2. I am employed by First Guaranty Bank ("FGB"), the Plaintiff in the above-captioned case, as a Loan Operations Supervisor. In my capacity as a Loan Operations Supervisor, I am familiar with the books and records of FGB as they relate to FGB's loan portfolio. I am also familiar with FGB's business practices regarding the creation and maintenance of its business records and documents.

3. I have personal knowledge of the facts set forth in this Affidavit.

4. I previously submitted an Affidavit in support of FGB's motion for summary judgement, dated August 19, 2026. (ECF 71-1). In that Affidavit, I set forth the amounts owed to FGB by Defendant Greenbrier Hotel, LLC ("Greenbrier") under the terms of the Note,[1] as of August 19, 2026, including principal, accrued interest and accrued late fees. (*Id.* ¶ 9). I also

[1] Capitalized terms not defined herein have the meanings assigned to them in the Muehlbauer Summary Judgment Affidavit.

explained that, subsequent to August 19, 2026, interest would continue to accrue on the unpaid principal at the default rate of 21.00% *per annum*, or $20,626.901989167 *per diem*. (*Id.*).

5. Since I submitted my prior Affidavit, the unpaid principal, accrued late fees, and *per diem* interest rate have not changed. An additional 93 days of interest has accrued at the 21.00% *per annum* rate (i.e., $20,626.901989167 *per diem*), for a total of $1,918,301.88.

6. As of November 20, 2026, Defendant Greenbrier owes to FGB the following amounts pursuant to the Note: (a) unpaid principal of $35,360,403.41; (b) accrued interest of $18,933,215.51, with interest continuing to accrue at a default rate of 21.00% *per annum* or $20,626.901989167 *per diem*; (c) accrued late charges of $4,500.00; and (d) reasonable attorneys' fees and costs.

I solemnly affirm under the penalties of perjury, and upon personal knowledge, that the contents of the foregoing Affidavit are true.

Date: 11/20/2026

Jane Muehlbauer
Loan Operations Supervisor
First Guaranty Bank