**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

FIRST GUARANTY BANK,

Plaintiff,

v. CIVIL ACTION NO. 5:25-cv-00687

GREENBRIER HOTEL, LLC,

Defendant.

**ORDER**

Pending is Plaintiff First Guaranty Bank's ("FGB") Motion to Amend the Judgment Order to Reflect Judgment Amount and to Set a Briefing Schedule for Attorneys' Fees and Costs [ECF 98], filed November 20, 2026.

The Motion [**ECF 98**] is **DENIED** insofar as FGB requests entry of a briefing schedule on the issue of attorney's fees. To the extent FGB seeks a fee award, it is **DIRECTED** to move in accordance with *Federal Rule of Civil Procedure* 54(d)(2).

The Court directs the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 25, 2026

Frank W. Volk
Chief United States District Judge